STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
CRISTINA D. SILVA
Nevada Bar No. 13760
Assistant United States Attorney
DAVID N. KARPEL
Trial Attorney
Organized Crime and Gang Section
501 Las Vegas Boulevard South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
cristina.silva@usdoj.gov
david.karpel@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-0265 |
| Plaintiff, | **EX-PARTE MOTION TO UNSEAL CASE UPON ARREST OF A DEFENDANT** |
| vs. | |
| **PASTOR FAUSTO PALAFOX, et al.,** | |
| Defendants. | |

The United States of America by and through STEVEN W. MYHRE, Acting United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, respectfully moves this Court to unseal the criminal case and indictment in the above-captioned at the time of any one defendant named in the superseding criminal indictment is arrested.

The Government previously moved to seal the case, including the indictment, and superseding criminal indictment, to protect the on-going investigation. The need for keeping the criminal case sealed will expire at the time any one defendant named in the superseding criminal indictment is arrested.

As a result, the Government respectfully moves to have the case and the indictment in the instant matter unsealed at the time any one defendant named in the superseding criminal indictment is arrested.

Dated this 15th day of June, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

CRISTINA D. SILVA
Assistant United States Attorney

The Government's motion is hereby _GRANTED

SO ORDERED:

_____
Honorable Peggy A. Leen
United States Magistrate Judge

IT IS SO ORDERED.

DATED: June 16, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3