**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN SIEMER, et al., | |
| Defendants. | |

This matter is before the court on the government's response to the motion to set a deadline for the government to propose trial groups (ECF No. 1139), filed on September 4, 2018. Given the nature of the government's response, and its impact on the upcoming trial, defendants must file a reply no later than September 28, 2018.

IT IS SO ORDERED.


DATED: September 20, 2018


_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE