DAYLE ELIESON
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
CHRISTOPHER BURTON
Assistant United States Attorneys
Nevada Bar No. 12940
DAVID KARPEL
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
daniel.schiess@usdoj.gov
christopher.burton4@usdoj.gov
david.karpel@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:16-cr-265-GMN-CWH |
| Plaintiff, | |
| v. | **Stipulation To Continue Response Deadline** |
| **Pastor Fausto Palafox**, et al | |
| Defendant. | |

The United States, by and through undersigned counsel, and the defendants, by and through their undersigned counsel, stipulate that the government be given an additional ten days to file its responses to defendants' pre-trial motions and that

the defendants be given an additional ten days to file their replies to the responses. Presently, the deadline for filing responses to pre-trial motions is September 17, 2018, and for filing replies to the responses is October 1, 2018. ECF No. 689.

The parties enter into this stipulation for the following reasons:

1. The Defendants filed at least 29 pre-trial motions on or before the deadline of August 13, 2018. The government is working diligently to prepare its responses to the motions, but due to the number of motions filed and the other obligations of the government attorneys, the government needs the additional ten days to file its responses.

2. The additional time will not affect the scheduled trial date of January 28, 2019.

Respectfully submitted this 17th day of September, 2018.

DAYLE ELIESON
United States Attorney

DATED: September 13, 2018   By:   /s/   *Daniel R. Schiess*
                                  /s/   *Christopher Burton*
                                  DANIEL R. SCHIESS
                                  CHRISTOPHER BURTON
                                  Assistant United States Attorneys

                                  DAVID L. JAFFE
                                  Acting Chief, US Department of Justice

DATED: September 13, 2018   By:   /s/ *David N. Karpel*
                                  DAVID N. KARPEL
                                  Trial Attorney

2

| | | | |
|---|---|---|---|
| 1 | DATED: September 14, 2018 | By: | /s/ Bret O. Whipple |
| | | | /s/ Amy Elizabeth Jacks |
| 2 | | | BRET O. WHIPPLE |
| | | | AMY ELIZABETH JACKS |
| 3 | | | Attorneys for Defendant PALAFOX |
| | DATED: September 14, 2018 | By: | /s/ Mark F. Fleming |
| 4 | | | MARK F. FLEMING |
| | | | Attorney for Defendant LOPEZ |
| 5 | DATED: September 14, 2018 | By: | /s/ Andrea Lee Luem |
| | | | /s/ Daniel J. Albregts |
| 6 | | | ANDREA LEE LUEM |
| | | | DANIEL J. ALBREGTS |
| 7 | | | Attorneys for Defendant PEREZ |
| | DATED: September 14, 2018 | By: | /s/ Jess R. Marchese |
| 8 | | | /s/ Thomas F. Pitaro |
| | | | JESS R. MARCHESE |
| | | | THOMAS F. PITARO |
| 9 | | | Attorneys for Defendant GILLESPIE |
| 10 | DATED: September 14, 2018 | By: | /s/ Paola M. Armeni |
| | | | PAOLA M. ARMENI |
| 11 | | | Attorney for Defendant LOZANO |
| | DATED: September 14, 2018 | By: | /s/ Danid R. Fischer |
| 12 | | | /s/ Micahel J. Kennedy |
| | | | DANID R. FISCHER |
| 13 | | | MICHAEL J. KENNEDY |
| | | | Attorneys for Defendant GONZALEZ |
| 14 | DATED: September 14, 2018 | By: | /s/ Telia U. Williams |
| | | | TELIA U. WILLIAMS |
| 15 | | | Attorney for Defendant RAMIREZ |
| | DATED: September 14, 2018 | By: | /s/ Lance A. Maningo |
| 16 | | | LANCE A. MANINGO |
| | | | Attorney for Defendant HENDERSON |
| 17 | DATED: September 14, 2018 | By: | /s/ Raquel Lazo |
| | | | /s/ Shari L. Kaufman |
| 18 | | | RAQUEL LAZO |
| | | | SHARI L. KAUFMAN |
| 19 | | | Attorney for Defendant CARR |
| | DATED: September 14, 2018 | By: | /s/ Thomas Ericsson |
| 20 | | | THOMAS ERICSSON |
| | | | Attorney for Defendant COLEMAN |

| | | | |
|---|---|---|---|
| 1 | DATED: September 14, 2018 | By: | /s/ Richard E. Tanasi |
| 2 | | | RICHARD E. TANASI<br>Attorney for Defendant HALGAT |
| 3 | DATED: September 14, 2018 | By: | /s/ Joshua Tomsheck<br>JOSHUA TOMSHECK<br>Attorney for Defendant VOLL |
| 4 | DATED: September 14, 2018 | By: | /s/ Chris T. Rasmussen<br>/s/ Daniel Hill |
| 5 | | | CHRIS T. RASMUSSEN<br>DANIEL HILL |
| 6 | | | Attorneys for Defendant SIEMER |
| 7 | DATED: September 14, 2018 | By: | /s/ Brian James Smith<br>/s/ Marcia Ann Morrissey<br>BRIAN JAMES SMITH |
| 8 | | | MARCIA ANN MORRISSEY<br>Attorneys for Defendant CAMPOS |
| 9 | DATED: September 14, 2018 | By: | /s/ Christopher R. Oram<br>/s/ Shawn R. Perez |
| 10 | | | CHRISTOPHER R. ORAM<br>SHAWN R. PEREZ |
| 11 | | | Attorneys for Defendant MORALES |
| 12 | DATED: September 14, 2018 | By: | /s/ Ivette A. Maningo<br>/s/ Kathleen Bliss<br>IVETTE A. MANINGO |
| 13 | | | KATHLEEN BLISS<br>Attorneys for Defendant GARCIA |
| 14 | DATED: September 14, 2018 | By: | /s/ John G. George<br>JOHN G. GEORGE |
| 15 | | | Attorney for Defendant CHELBY |
| 16 | DATED: September 14, 2018 | By: | /s/ Janice Anne Hubbard<br>JANICE ANNE HUBBARD<br>Attorney for Defendant NEDDENRIEP |
| 17 | DATED: September 14, 2018 | By: | /s/ Loren Graham |
| 18 | | | LOREN GRAHAM<br>Attorney for Defendant GRIEDER |
| 19 | DATED: September 14, 2018 | By: | /s/ Lance J. Hendron<br>LANCE J. HENDRON |
| 20 | | | Attorney for Defendant DAVISSON |

| | | | |
|---|---|---|---|
| 1 | DATED: September 14, 2018 | By: | /s/ Theresa Ristenpart |
| 2 | | | THERESA RISTENPART<br>Attorney for Defendant DUNLAP |
| 3 | DATED: September 14, 2018 | By: | /s/ Karen A. Connolly<br>KAREN A. CONNOLLY<br>Attorney for Defendant JUAREZ |

# ORDER

IT IS HEREBY ORDERED that the deadline for the government to file its responses to defendants' pre-trial motions is extended from September 17, 2018, to September 27, 2018, and deadline for defendants to file their replies to the responses is extended from October 1, 2018, to October 11, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 20, 2018