```
Janice A. Hubbard, Esq.
Nevada State Bar No. 4301
204 Marsh Ave, Suite 202
Reno, Nevada 89509
(775) 329-5329
JAN@JANHUBBARDLAW.COM
Attorney for J. Neddenriep
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:16-CR-00265-GMN-CWH

v.

JOHNNY RUSSELL NEDDENRIEP,

        Defendant.
_____/

**STIPULATION FOR AN EXTENSION OF TIME ON REPLY TO ECF 800 AND JOINDERS AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and through JOHNNY NEDDENRIEP, his attorney, JANICE A. HUBBARD, Esq. and Assistant United States Attorney, DANIEL SCHIESS, Counsel for the UNITED STATES OF AMERICA, that the Reply to ECF No. 800 and to filing joinders in reply be continued from October 11, 2018 to and including October 22, 2018.

    1.  Counsel is on a preplanned vacation to Europe which started on September 24, 2018 and will not conclude until after the extended date for filing the Replies.

2. The additional time will not affect the scheduled trial time of January 28, 2019.

The continuance is necessary so that the matter can be fully briefed before the Court.

DATED this 8th day of October, 2018.


/s/ *Janice A. Hubbard*
JANICE A. HUBBARD, Esq.
204 Marsh Ave., Ste. 202
Reno, Nevada 89509



/s/ *Daniel Schiess*
DANIEL SCHIESS, AUSA
Assistant United States Attorney
Nevada Bar #5483

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,    Case No. 2:16-CR-00265-GMN-CWH

v.

JOHNNY RUSSELL NEDDENRIEP,

    Defendant.
_____/

**O R D E R**

**IT IS ORDERED** that the pursuant to the Stipulation of the parties the filing of Reply to ECF doc #800 and joinders to Reply motions be continued to and including October 22, 2018.

**IT IS SO ORDERED** this 24 day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE