# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ERNESTO MANUEL GONZALEZ, et al., | |
| Defendants. | |

Presently before the court is defendant Ernesto Manuel Gonzalez's motion for order requiring government to inspect and produce federal law enforcement witness personnel file information that cast doubt on credibility (ECF No. 700), filed July 30, 2018, the government's response (ECF No. 1168), filed September 27, 2018, and Gonzalez's reply (ECF No. 1209), filed October 1, 2018.

Defendants Morales, Palafox, Coleman, Campos, Henderson, Siemer, Davisson, Lopez, Lozano, Dunlap Neddenriep, Juarez, Gillespie, Perez, Garcia, Halgat, Chelby, Ramirez, and Voll move to join the motion. (ECF Nos. 706, 711, 719, 726, 731, 735, 744, 750, 757, 765, 775, 780, 785, 789, 833, 875, 957, 996, 1079). Defendants Juarez, Coleman, Campos, Henderson, and Garcia joined Gonzalez's reply. (ECF Nos. 1220, 1226, 1245, 1252, 1284).

Gonzalez moves for the disclosure by the government of information which casts doubt on law enforcement witness credibility, citing *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) and related cases, at least 30 days prior to trial. The government indicates that it is aware of its obligations under *Henthorn* and in this case will comply with its discovery obligations 30 days before trial, currently scheduled for January 28, 2019. Min. Order (ECF No. 692). There being no dispute between the parties regarding *Henthorn* obligations, the motion is granted. Nor does the government oppose the joinders to the motion.

IT IS THEREFORE ORDERED that defendants Morales, Palafox, Coleman, Campos, Henderson, Siemer, Davisson, Lopez, Lozano, Dunlap Neddenriep, Juarez, Gillespie, Perez, Garcia, Halgat, Chelby, Ramirez, and Voll motions for joinder (ECF Nos. 706, 711, 719, 726, 731, 735, 744, 750, 757, 765, 775, 780, 785, 789, 809, 833, 875, 957, 996, 1079) are GRANTED.

IT IS FURTHER ORDERED that defendants Juarez, Coleman, Campos, Henderson, and Garcia motions for joinder to Gonzalez's reply (ECF Nos. 1220, 1226, 1245, 1252, 1284) are GRANTED.

IT IS FURTHER ORDERED that Gonzalez's motion for order requiring government to inspect and produce federal law enforcement witness personnel file information that cast doubt on credibility (ECF No. 700) is GRANTED. Such disclosures are due no later than December 28, 2018 for defendants Palafox, Lopez, Gillespie, Perez, Gonzalez, Campos, Morales, and Garcia.

IT IS FURTHER ORDERED that the government's *Henthorn* disclosure is due no later than 30 days before the trial for the remaining defendants.

DATED: December 11, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE