# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ERNESTO MANUEL GONZALEZ, et al., | |
| Defendants. | |

Presently before the court is defendant Ernesto Manuel Gonzalez's motion for specific Federal Rule of Criminal Procedure 16(a)(1)(E)(iii) discovery (ECF No. 844), filed August 11, 2018, the government's response (ECF No. 1174), filed September 27, 2018, and Gonzalez's reply (ECF No. 1211), filed October 1, 2018.

Defendants Neddenriep, Halgat, Perez, Juarez, Morales, Henderson, Gillespie, Palafox, Coleman, Ramirez, Davisson, and Voll move to join the motion (ECF Nos. 852, 875, 880, 893, 908, 930, 967, 982, 1008, 1043, 1053, 1079). Coleman, Juarez, Halgat, and Voll joined Gonzalez's reply. (ECF Nos. 1214, 1222, 1268, 1296.)

Gonzalez moves for the government's disclosure of a mirror image hard drive copy of a specific Apple computer and three cell phones within the government's possession, custody, and control. The government indicates that it is having a mirror imaged copy made of the computer and will make it available to Gonzalez when it is ready, and it will make the cell phones available for Gonzalez's expert for copying. Gonzalez replies that the government's proposal is acceptable. Accordingly, there is no dispute to resolve, and the motion is granted. Nor does the government oppose the joinders to the motion.

IT IS THEREFORE ORDERED that the joinders to motion for order requiring government to disclose a mirror image hard drive copy of a specific Apple computer and three

1  cell phones by defendants Neddenriep, Halgat, Perez, Juarez, Morales, Henderson, Gillespie,
2  Palafox, Coleman, Ramirez, Davisson, and Voll (ECF Nos. 852, 875, 880, 893, 908, 930, 967,
3  982, 1008, 1043, 1053, 1079), and Coleman, Juarez, Halgat, and Voll's joinders to Gonzalez's
4  reply (ECF Nos. 1214, 1222, 1268, 1296) are GRANTED.

   IT IS FURTHER ORDERED that the motion for specific Federal Rule of Criminal Procedure 16(a)(1)(E)(iii) discovery (ECF No. 844) is GRANTED, as stated herein.

   DATED: December 11, 2018

   _____
   C.W. HOFFMAN, JR.
   UNITED STATES MAGISTRATE JUDGE