# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:16-cr-00265-GMN-CWH |
| vs. | ) | |
| | ) | **SECOND AMENDED SCHEDULING** |
| PASTOR PALAFOX, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

On January 16, 2019, a status conference was held. (Mins. of Proceedings, ECF No. 1448).  During the status conference, the Government requested a deadline extension for its expert witness disclosures. (*Id.*).  The Government further requested an extension of time to make its last disclosure of statements, documents, and objects, including audio and video recordings pursuant to Fed. R. Crim. P. 16(a)(1)(A)–(F). (*See id.*).  For the reasons provided at the status conference, the Court granted the Government's request for extension of deadlines. (*Id.*).

Accordingly,

**IT IS HEREBY ORDERED** that trial deadlines for Group 1[1] are amended according to the table below:

| GROUP 1[2] | |
|---|---|
| Palafox, Lopez, Gillespie, Perez, Gonzalez, Campos, Morales, and Garcia | |
| Trial date | 7/29/19 at 8:30 a.m. |
| Calendar call | 7/18/19 at 9:00 a.m. |
| Deadline for last disclosure of statements, documents, and objects, including audio and video recordings pursuant to Fed. R. Crim. P. 16(a)(1)(A)–(F) | 2/15/19* |

---

[1] Deadlines for Group 2 and Group 3 have not changed.  However, the Court includes them in this Order in the interest of clarity.

[2] Deadline entries marked with an asterisk indicate a change in the deadline date from the previous Amended Scheduling Order, (ECF No. 1408).

| **GROUP 1**, *continued* | |
|---|---|
| Deadline for expert disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) | 2/15/19* |
| Deadline for Government's list of recordings, transcripts/translations of recordings, or portions thereof to be used in case-in-chief[3] | 5/30/19 |
| Deadline for each Defendant to provide his respective list of recordings, transcripts/translations of recordings, or portions thereof to be used in case-in-chief | 6/29/19 |
| Deadline for *Brady* and *Giglio* disclosures | 6/29/19 |
| Deadline for Jencks Act disclosures[4] | 7/19/19 |
| Deadline for Defendants to disclose any statements of witnesses each respective Defendant intends to call in his case-in-chief | 7/19/19 |
| Deadline for disclosure of any summaries, charts, and calculations to be used in case-in-chief | 7/19/19 |

| **GROUP 2**[5] | |
|---|---|
| Neddenriep, Davisson, Dunlap, Lozano, Voll, Juarez, and Siemer | |
| Trial date | 1/6/20 at 8:30 a.m. |
| Calendar call | 12/31/19 at 9:00 a.m. |
| Deadline for pre-trial motions | 9/9/19 |
| Deadline for responses to pre-trial motions | 9/23/19 |
| Deadline for replies to pre-trial motions | 9/30/19 |
| Deadline for last disclosure of statements, documents, and objects, including audio and video recordings pursuant to Fed. R. Crim. P. 16(a)(1)(A)–(F) | 11/7/19 |
| Deadline for expert disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) | 12/6/19 |
| Deadline for list of recordings, transcripts/translations of recordings, or portions thereof to be used in case-in-chief | 12/6/19 |
| Deadline for *Brady* and *Giglio* disclosures | 12/6/19 |

---

[3] The Government's list must include the recording date or production number, and must identify either the portion segment or time code. Additionally, the Government must either provide a transcript, identify the speaker, or provide the ROI (record of interview) bates stamp number.

[4] As discussed during the December 14, 2018 status conference, this deadline may be moved to an earlier date depending on the number of Government witnesses to testify at trial. (Mins. of Proceedings, ECF No. 1405). This matter will be discussed further at the upcoming February 21, 2019 status conference.

[5] Discovery deadlines are governed by the schedule contained in the Motion to Certify Case as Complex, (ECF No. 427), which was adopted by the order dated February 6, 2018, (ECF No. 513).

| GROUP 2, *continued* | |
|---|---|
| Deadline for Jencks Act disclosures | 12/27/19 |
| Deadline for Defendants to disclose any statements of witnesses each respective Defendant intends to call in his case-in-chief | 12/27/19 |
| Deadline for disclosure of any summaries, charts, and calculations to be used in case-in-chief | 12/27/19 |

| GROUP 3[6] | |
|---|---|
| Ramirez, Henderson, Coleman, Halgat, and Chelby | |
| Trial date | 6/1/20 at 8:30 a.m. |
| Calendar call | 5/26/20 at 9:00 a.m. |
| Deadline for pre-trial motions | 2/3/20 |
| Deadline for responses to pre-trial motions | 2/18/20 |
| Deadline for replies to pre-trial motions | 2/25/20 |
| Deadline for last disclosure of statements, documents, and objects, including audio and video recordings pursuant to Fed. R. Crim. P. 16(a)(1)(A)–(F) | 4/2/20 |
| Deadline for expert disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) | 5/1/20 |
| Deadline for list of recordings, transcripts/translations of recordings, or portions thereof to be used in case-in-chief | 5/1/20 |
| Deadline for *Brady* and *Giglio* disclosures | 5/1/20 |
| Deadline for Jencks Act disclosures | 5/22/20 |
| Deadline for Defendants to disclose any statements of witnesses each respective Defendant intends to call in his case-in-chief | 5/22/20 |
| Deadline for disclosure of any summaries, charts, and calculations to be used in case-in-chief | 5/22/20 |

   **DATED** this __18th__ day of January, 2019.

_____
   Gloria M. Navarro, Chief Judge
   United States District Court

---

[6] Discovery deadlines are governed by the schedule contained in the Motion to Certify Case as Complex, (ECF No. 427), which was adopted by the order dated February 6, 2018, (ECF No. 513).