# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> PASTOR FAUSTO PALAFOX, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:16-cr-00265-GMN-CWH <br><br> **ORDER** |

On June 24, 2019, the Court received a letter from the Government regarding Agostino Brancato, a Task Force Officer with the Bureau of Alcohol, Tobacco, and Firearms. The letter describes a claim that was made against Brancato in 2002.

On June 25, 2019, the Court received a second letter from the Government. The June 25, 2019 letter is regarding Greg Myler, a Lieutenant with the San Bernadino Sheriff's Office, and it describes the 10-day suspension of Myler for failure to report use of force. This event occurred sometime in 1998 or 1999.

Pursuant to the Government's obligations under *Giglio v. United States*, 405 U.S. 150 (1971), and *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991), the Government is **HEREBY ORDERED** to disclose the information regarding the 2002 claim referenced in the Government's June 24, 2019 letter.

**IT IS FURTHER ORDERED** that the Government shall disclose the information regarding the suspension for failure to report use of force referenced in the Government's June 25, 2019 letter.

///

///

**IT IS FURTHER ORDERED** that the Government shall have until June 29, 2019, to comply with this Order.

**DATED** this __26__ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court