1  NICHOLAS A. TRUTANICH
   United States Attorney
2  CHRISTOPHER BAKER
   Chief, Criminal Division
3  Assistant United States Attorney
   501 Las Vegas Blvd., South #1100
4  Las Vegas, Nevada  89101
   (702) 388-6336 (Telephone)
5  Christopher.Baker@usdoj.gov
   Attorney for the United States of America

6

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

7

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:16-cr-00265-GMN-CWH |
| Plaintiff, | MOTION UNDER LR IA 10.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES |
| v. | |
| PASTOR FAUSTO PALAFOX, ET AL. | |
| Defendants. | |

14

15      The United States of America, by and through NICHOLAS A. TRUTANICH, United

16  States Attorney, and CHRISTOPHER BAKER, Chief, Criminal Division, First Assistant

17  United States Attorney, respectfully moves for United States Department of Justice,

18  Organized Crime and Gang Section, Trial Attorney TRACEY BATSON to be permitted to

19  appear in this Court in the above captioned case under LR IA 10.3.  Ms. Batson is a member

20  in good standing of the Texas State Bar, number 00784119.

21  ///

22  ///

23

24

In addition, she is employed by the United States as an attorney, and in the course and scope of her employment has occasion to appear in this Court on behalf of the United States.

Dated this 15th day of July, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

CHRISTOPHER BAKER
Chief, Criminal Division
First Assistant United States Attorney

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2019