NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
DAVID JAFFE
Chief
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-5087
dan.schiess@usdoj.gov
john.han2@usdoj.gov
tracey.batson2@usdoj.gov

*Attorneys representing the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Johnny Russell Neddenriep,<br><br>Defendant. | 2:16-cr-00265-GMN-NJK<br><br>**Stipulation to Continue Government's Response to Defendant Neddenriep's Motion to Dismiss [ECF 1807]** |

The United States by and through the undersigned and defendant Johnny Russell Neddenriep, by and through his undersigned counsel, stipulate that the Government will have an additional 30 days to respond to defendant Johnny Russell Neddenriep Motion to

Dismiss.  ECF. No. 1807.  Government counsel is presently in the Group I trial in United States v. Palafox, 16-cr-265-GMN-PAL, and needs the additional time to prepare to response.

The government's response is presently due September 12, 2019.  A thirty-day continuance will not affect the trial date which is set for January 6, 2020.

Respectfully submitted this 11th day of September, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel R. Schiess
_____
DANIEL R. SCHIESS
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorneys
Organized Crime and Gang Section

/s/ Janice A. Hubbard
_____
JANICE A. HUBBARD, ESQ.
*Counsel for Defendant Neddenriep*

**Certificate of Service**

I, Daniel R. Schiess, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above **Stipulation to Continue Government's Response to Defendant Neddenriep's Motion to Dismiss [ECF 1807]** on Counsel of Record via Electronic Case Filing (ECF).

Dated: September 11, 2019

/s/ *Daniel R. Schiess*
DANIEL R. SCHIESS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**United States of America,**

    Plaintiff,

v.

**Johnny Russell Neddenriep,**

    Defendants.

2:16-cr-00265-GMN-NJK

**ORDER**

Based on the pending stipulation of counsel, and good cause appearing before this Court, therefore:

IT IS HEREBY ORDERED that the Government's Response to Defendant's Motion to Dismiss (ECF No. 1807) in the above-captioned matter currently due on September 12, 2019, be continued to October 12, 2019.

DATED this 11 day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court