# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PASTOR FAUSTO PALAFOX, et al.,

Defendants.

Case No.: 2:16-cr-00265-GMN-NJK

**Order**

(Docket Nos. 1841, 1842, 1843, 1844)

On September 16, 2019, the Court set a hearing for September 20, 2019, at 1:00 p.m., on several motions to extend time for the filing of additional motions. Docket No. 1836. *See* Docket Nos. 1817, 1819, 1823.

Now pending before the Court are Defendant Neddenriep's motion to waive his appearance at the hearing and motion for telephonic appearance of his counsel, and Defendant Dunlap's motion to waive his appearance at the hearing and motion for telephonic appearance of his counsel.[1] Docket Nos. 1841, 1842, 1843, 1844.

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

---

[1] All four motions use the term Magistrate. "Magistrates" have not existed in federal court for over a quarter of a century. *See, e.g.*, *Taddeo v. American Invsco Corp.*, 2015 WL 751072, *2 n.2 (D. Nev. Feb. 20, 2015) (discussing *Williams v. City of Mesa*, 2010 WL 2803880, *2 n.1 (D. Ariz. July 15, 2010)). When attorneys choose to use judicial titles in their filings, the Court expects them to use correct titles.

1

The Court **GRANTS** all four motions. Docket Nos. 1841, 1842, 1843, 1844. Counsel for Defendants Neddenriep and Dunlap shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: September 17, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE