# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY NEDDENRIEP, MATTHEW DUNLAP, BERT DAVISSON, ANDREW LOZANO, PAUL VOLL, JOHN JUAREZ, and JOHN SIEMER,<br><br>Defendants. | Case No.: 2:16-cr-00265-GMN-NJK<br><br>**Order**<br><br>(Docket Nos. 1817, 1819, 1823) |

Pending before the Court are several motions to extend time for the filing of additional motions. Docket Nos. 1817, 1819, 1823. The Court held a hearing on these motions on September 20, 2019. Docket No. 1860. At the hearing, counsel for Defendant Davisson identified one potential pretrial motion that he would like to file, based upon recently-issued caselaw. All other potential motions appear to be motions *in limine*. As the motions to extend time were filed on behalf of only three of the seven defendants in Group 2, the Court allowed counsel the opportunity to speak with counsel for the remaining defendants in that group and file a status report regarding their positions on the motions. That status report has now been filed. Docket No. 1867.

The status report requests a hearing to "discuss issues, such as those Defendants in Group 2 who have been and still are currently detained. In addition, any resetting of Group 2's trial date may impact Group 3's trial date, therefore foreshadowing Group 3's possible input as well." *Id*. at 2. As the Court clearly stated at the hearing, however, the undersigned will not make the determination as to whether the trial for Group 2 is continued; therefore, any discussion regarding that matter before the undersigned is unnecessary. Further, if counsel wish to bring issues regarding custody matters before the Court, counsel must follow the proper procedure.

Accordingly, the request for a hearing is **DENIED**. Further, based on the representations at the September 20, 2019, hearing, only one potential pretrial motion will be filed and it is based

upon caselaw, not on anything that may or may not occur during the trial of the Group 1 defendants. Therefore, the Court **GRANTS** in part the requests for an extension to the pretrial motion deadline. Docket Nos. 1817, 1819, 1823. The pretrial motions deadline for the Group 2 defendants is extended to **October 10, 2019**. The deadline for responses to pretrial motions is extended to **October 24, 2019**. The deadline for replies to pretrial motions is extended to **October 31, 2019**. All other deadlines, as stated in the Court's scheduling order at Docket No. 1453, remain the same.

IT IS SO ORDERED.

DATED: September 26, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE