# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOHNNY RUSSELL NEDDENRIEP,

          Defendant.

Case No. 2:16-cr-00265-GMN-NJK

ORDER

(Docket No. 1912)

Pending before the Court is a stipulation between the United States and counsel for Defendant Johnny Russell Neddenriep to extend the deadline for Defendant's reply to the United States' response to Defendant's motion to dismiss. Docket No. 1912. The parties submit that Defendant's counsel needs extra time to file the reply because of a surgery she underwent.

For good cause shown, the Court **GRANTS** the stipulation. Docket No. 1912. The Court extends the deadline for Defendant Neddenriep's reply to October 26, 2019.

IT IS SO ORDERED.

DATED: October 18, 2019

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE