**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:16-cr-00265-GMN-NJK |
| vs. ) | |
| ) | **SECOND AMENDED ORDER** |
| ANDREW ELOY LOZANO, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is the Government's Motion to Dismiss the Superseding Indictment Against Eleven Named Defendants, (ECF No. 2189). Specifically, the Government names the following Defendants: Andrew Eloy Lozano, Victor Adam Ramirez, James Walter Henderson, Robert Alan Coleman, Paul Jeffrey Voll, John Joseph Siemer, Edward Claridan Chelby, Johnny Russell Neddenriep, Bert Wayne Davisson, Mathew Keith Dunlap, and John Chrispin Juarez. The Government states it believes that, in the interest of justice, the Superseding Indictment against the aforementioned Defendants should be dismissed without prejudice, and moves for leave of court pursuant to Federal Rule of Criminal Procedure 48(a).

Defendants Lozano, Ramirez, Henderson, Coleman, Chelby, Neddenriep, Davisson, Dunlap, and Juarez have filed Non-Oppositions, (ECF Nos. 2197, 2194, 2196, 2202, 2206, 2193, 2195, 2198, 2210), to the Government's Motion. Defendants Voll and Siemer did not respond.

Upon review of the Motion and good cause appearing, **IT IS HEREBY ORDERED** that the Government's Motion to Dismiss is **GRANTED**.

///

///

## I. CONCLUSION

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss, (ECF No. 2189), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Superseding Indictment is **DISMISSED without prejudice** as to Defendants Lozano, Ramirez, Henderson, Coleman, Voll, Siemer, Chelby, Neddenriep, Davisson, Dunlap, and Juarez.

**IT IS FURTHER ORDERED** that, in light of the above, the Motions filed by Defendants Voll, Davisson, and Dunlap, (ECF Nos. 2168, 2152, 2153, 2183, 2184), are **DENIED as moot**.

**IT IS FURTHER ORDERED** that the calendar call currently set for April 14, 2020, and the trial currently set for April 20, 2020, are **VACATED**.

**DATED** this  20  day of May, 2021.
*Nunc Pro Tunc* Date: April 13, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court